DAN SIEGEL, SBN 56400
**SIEGEL, YEE, BRUNNER & MEHTA**
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
ARLENE D. JUNIOR

CORRIE J. KLEKOWSKI (SBN 251338)
cklekowski@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA and SHELLY AVERILL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ARLENE D. JUNIOR, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA, and SHELLY AVERILL, <br><br> Defendants. | Case No. 22-cv-07270-KAW <br><br> **JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT** <br><br> Judge:        Hon. William H. Orrick <br> Trial Date:  Not Set |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rules 6-1(a) and 6-2, Plaintiff Arlene D. Junior ("Plaintiff") and Defendants Superior Court of the State of California, County of Sonoma and Shelly Averill (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

/ / /

1  WHEREAS, on November 17, 2022, Plaintiff filed a Complaint (Dkt. No. 1);

2  WHEREAS, Plaintiff and the Defendants have not yet filed any stipulations to extend the
3  time for the Defendants to move, plead, or otherwise respond to Plaintiff's Complaint;

4  WHEREAS, Defendants' current deadline to move, plead, or otherwise respond to
5  Plaintiff's Complaint is December 28, 2022;

6  WHEREAS, Defendants request until January 12, 2023 to move, plead, or otherwise
7  respond to Plaintiff's Complaint;

8  WHEREAS, the Defendants do not waive any rights, including but not limited to any
9  rights to challenge jurisdiction, through this Stipulation;

10  WHEREAS, Plaintiff agrees to the requested extension of time for Defendants' request
11  until January 12, 2023 to move, plead, or otherwise respond to Plaintiff's Complaint;

12  WHEREAS, this joint request is being made in the interests of judicial economy and in
13  good faith and will not prejudice any party;

14  WHEREAS this stipulated extension will not affect any calendared dates in this case;

15  NOW THEREFORE, Plaintiff and Defendants hereby stipulate, subject to the approval of
16  this Court, that:

17  1.  The deadline for Defendants Superior Court of the State of California, County of
18  Sonoma and Shelly Averill to move, plead, or otherwise respond to the Complaint, shall be
19  extended to January 12, 2023.

20  2.  Plaintiff Arlene D. Junior and Defendants Superior Court of the State of
21  California, County of Sonoma and Shelly Averill reserve all other rights.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Respectfully submitted,

Dated: December 28, 2022    SIEGEL, YEE, BRUNNER & MEHTA

By:     /s/ *Dan Siegel*
      DAN SIEGEL
      Attorneys for Plaintiff
      ARLENE D. JUNIOR

Dated: December 28, 2022    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:     /s/ *Corrie J. Klekowski*
      CORRIE J. KLEKOWSKI
      Attorneys for Defendants SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA and SHELLY AVERILL

**ATTORNEY ATTESTATION**

I, Corrie J. Klekowski, am the ECF User whose ID and password are being used to file JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT. In compliance with N.D. Cal. L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By: */s/ Corrie J. Klekowski*