1  DAN SIEGEL, SBN 56400
   SARA BELADI, SBN 348987
2  SIEGEL, YEE, BRUNNER & MEHTA
3  475 14th Street, Suite 500
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   ARLENE JUNIOR
7
   CORRIE J. KLEKOWSKI, SBN 251338
8  QUARLES & BRADY LLP
   101 West Broadway, Ninth Floor
9  San Diego, California 92101-8285
10 Telephone: (619) 237-5200
   Facsimile: (619) 615-0700
11
12 Attorneys for Defendants
   SUPERIOR COURT OF THE STATE OF CALIFORNIA,
13 COUNTY OF SONOMA, and SHELLY AVERILL

14

15                    **UNITED STATES DISTRICT COURT**
16
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| ARLENE JUNIOR, | Case No. 22-CV-07270-WHO |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY DEADLINE AND (PROPOSED) ORDER** |
| vs. | |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA, and SHELLY AVERILL, | Hon. William H. Orrick |
| | Action Filed: November 17, 2022 |
| Defendants. | Trial Date: August 12, 2024 |

       Pursuant to Local Rules 6-1 and 6-2, the parties through undersigned counsel hereby stipulate and respectfully request that the Court extend the deadline to complete fact and expert discovery in this case by 30 days, to March 14, 2024.

---

*Junior v. Sonoma County Superior Court*, No. 22-CV-07270-WHO
Stipulated Request for Order Extending Discovery Deadline and (Proposed) Order - 1

The parties stipulate as follows:

WHEREAS, On February 21, 2023, the parties appeared before this Court for a Case Management Conference (ECF No. 15);

WHEREAS, during the Case Management Conference, and upon stipulation of the parties, this Court set the date upon which fact discovery would close as December 15, 2023;

WHEREAS, the parties participated in a mediation on November 30, 2023, which was unsuccessful;

WHEREAS, this Court previously granted the parties' stipulated request for a 60-day extension of the discovery deadline to February 13, 2024 (ECF No. 22);

WHEREAS, despite diligent efforts, the parties are unable to complete discovery in this case by February 13, 2024;

WHEREAS, the parties believe that they require a 30-day extension of the discovery deadline, until March 14, 2024, to complete fact and expert discovery, including the deadline to file motions related to fact discovery;

WHEREAS, the proposed extension would not affect the other dates fixed by this Court;

WHEREAS, good cause exists to modify the Scheduling Order to extend the deadline for fact and expert discovery to March 14, 2024.

**IT IS SO STIPULATED.**

Dated: February 12, 2024

SIEGEL, YEE, BRUNNER & MEHTA

By: _____
Dan Siegel

Attorneys for Plaintiff
ARLENE JUNIOR

QUARLES & BRADY LLP

By: _____
    Corrie Klekowski

Attorneys for Defendants
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA
and SHELLY AVERILL

---

*Junior v. Sonoma County Superior Court*, No. 22-CV-07270-WHO
Stipulated Request for Order Extending Discovery Deadline and (Proposed) Order - 3

# [PROPOSED] ORDER

Based on the Parties' Stipulated Request for Order Changing Time, and good cause appearing:

- The deadline for the parties to complete fact and expert discovery, including the deadline to file motions related to fact discovery, is extended to March 14, 2024.
- All other deadlines set shall remain unchanged.

**IT IS SO ORDERED.**

Dated: February ____, 2024

                                                      Hon. William H. Orrick
                                                     United States District Court Judge