1  DAN SIEGEL, SBN 56400
2  SARA BELADI, SBN 348987
   SIEGEL, YEE, BRUNNER & MEHTA
3  475 14th Street, Suite 500
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   ARLENE D. JUNIOR
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 ARLENE D. JUNIOR,                    ) Case No. 3:22-cv-07270-WHO
                                        )
12          Plaintiff,                  ) Hon. William H. Orrick
                                        )
13 vs.                                  ) **NOTICE OF APPEARANCE**
                                        )
14                                      )
   SUPERIOR COURT OF THE STATE OF       )
15 CALIFORNIA, COUNTY OF SONOMA,        )
   SHELLY AVERILL,                      )
16                                      )
                                        )
17          Defendants.                 )
                                        )
18 _____  )

19        TO THE HONORABLE COURT AND COUNSEL OF RECORD:

20        Please take notice that, Pursuant to Civil Local Rule 5-1(c)(2)(a), the following

21 attorney hereby appears in this action as counsel of record for plaintiff Arlene D. Junior.

22

23            Kimberly Reiley Clement, SBN 73732
              Siegel, Yee, Brunner & Mehta
24            475 14th Street, Suite 500
              Oakland, California 94612
25            Telephone: (510) 839-1200
              Facsimile: (510) 444-6698
26            Email: santarosakim@yahoo.com
27

28 / / /

_____

*Junior v. Sonoma County Superior Court*, No. 3:22-cv-07270-WHO
Notice of Appearance—1

1

Dated: March 11, 2024

2

SIEGEL, YEE, BRUNNER & MEHTA

3

4

By */s/ Kimberly Clement*
Kimberly Reiley Clement

5

Attorneys for Plaintiff

6

ARLENE D. JUNIOR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Junior v. Sonoma County Superior Court*, No. 3:22-cv-07270-WHO
Notice of Appearance—2