UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE D. JUNIOR,<br><br>   Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA, et al.,<br><br>   Defendants. | Case No. 22-cv-07270-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 52 |

Pursuant to the Court's Order Granting Motion for Summary Judgment, Judgment is accordingly entered in favor of the defendants and against plaintiff.

Dated: June 19, 2024                    Mark B. Busby, Clerk

                                                    *Jean M. Davis*

                                                    By: Jean M. Davis, Deputy Clerk